IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Grey Vanaman,<br>         Petitioner,<br>v.<br>Mark Gutierrez,<br>         Respondent. | No. CV-22-00485-TUC-JCH<br><br>**ORDER** |

      On January 25, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R"), recommending that the Court deny Petitioner Leslie Grey Vanaman's petition under 28 U.S.C. § 2241 for a writ of habeas corpus by a person in federal custody. Doc. 22 The R&R notified the parties they had fourteen (14) days from the date of the R&R to file any objections. *Id.* at 14. On January 31, 2024, Petitioner requested until March 1, 2024, to file objections to the R&R. Doc. 23. On February 7, 2024, the Court granted Petitioner until February 22, 2024, to file any objection to the R&R. Doc. 24. No objections have been filed.

      If no objections are filed, the district judge is not required to review the magistrate judge's R&R under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the district judge may conduct further review, "sua sponte or at the request of a party, under a de novo or any other standard." *Id.* at 154.

      The Court has reviewed and considered the Petition (Doc. 1), Warden Gutierrez's Response and exhibits (Doc. 15), Petitioner's Reply (Doc. 21), and the Magistrate's R&R

(Doc. 22). The Court finds the R&R is well–reasoned and adopts Magistrate Judge Markovich's findings and conclusions.

The Court need not issue a certificate of appealability in this matter. *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) (finding a § 2241 habeas does not require a certificate of appealability "unless the section 2241 petition is a section 2255 petition in disguise").

Accordingly, **IT IS ORDERED:**

1. **ADOPTING** the R&R (Doc. 22); and

2. **DENYING** Petitioner Vanaman's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) and **DISMISSING** this matter. The Clerk of Court shall docket this matter accordingly.

Dated this 27th day of February, 2024.

John C. Hinderaker
United States District Judge